[No. 17143-4-III.   Division Three.   May 11, 1999.]

MILTON HANSON, ET AL., *Respondents*, v. KAREN ESTELL, ET AL., *Appellants*.

The decision in the above captioned case, which appeared in the advance sheets at 95 Wn. App. 642-52, has not been published in this permanent bound volume pursuant to an order of the Court of Appeals dated March 6, 2000 directing that the opinion be withdrawn.